# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PAULA DANNA,** *et al.*,　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　Case No. 4:19-cv-00320-KGB

**PALCO INC.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

Before the Court is plaintiffs' motion for voluntary dismissal without prejudice (Dkt. No. 6). In their motion, plaintiffs move for voluntary dismissal without prejudice of their claims against defendant Palco Inc. (*Id.*, ¶ 2). Per Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Palco Inc. has filed no answer or motion for summary judgment in this action.

Therefore, for good cause shown and pursuant to Rule 41(a)(1)(A)(i), the Court grants plaintiffs' motion for voluntary dismissal (Dkt. No. 6). The claims in this case are dismissed without prejudice. The Court denies as moot Palco Inc.'s pending motion for extension of time (Dkt. No. 5).

It is so ordered, this the 30th day of May 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge